IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lobato, Elizabeth

Printed: 3/4/08

Case Number: 04 B 32915
Judge: Wedoff, Eugene R
Filed: 9/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 17, 2008
Confirmed: October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,913.15 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,073.28 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 266.72 |
| Other Funds: |  | 873.15 |
| Totals: | 5,913.15 | 5,913.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Capital One | Unsecured | 155.67 | 698.61 |
| 3. | CACV Inc | Unsecured | 306.27 | 1,374.67 |
| 4. | Capital One | Unsecured | 74.85 | 0.00 |
| 5. | AT&T Wireless | Unsecured | | No Claim Filed |
| 6. | Citibank | Unsecured | | No Claim Filed |
| 7. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 8. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 9. | Aspire Visa | Unsecured | | No Claim Filed |
| 10. | Providian | Unsecured | | No Claim Filed |
| | | | $ 3,236.79 | $ 4,773.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 33.69 |
| 4% | 8.75 |
| 3% | 6.50 |
| 5.5% | 100.19 |
| 5% | 23.89 |
| 4.8% | 22.50 |
| 5.4% | 71.20 |
|  | $ 266.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lobato, Elizabeth | Case Number:  04 B 32915 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/4/08 | Filed:  9/3/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

